ACCEPTED
05-15-00279-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/28/2015 12:18:11 PM
LISA MATZ
CLERK

**NO. 05-15-00279-CR, NO. 05-15-00280-CR, NO. 05-15-00281-CR,
NO. 05-15-00282-CR, NO. 05-15-00283-CR, NO. 05-15-00284-CR,
NO. 05-15-00285-CR, NO. 05-15-00286-CR, NO. 05-15-00287-CR,
NO. 05-15-00288-CR, NO. 05-15-00289-CR, NO. 05-15-00290-CR,
NO. 05-15-00291-CR, NO. 05-15-00292-CR, NO. 05-15-00293-CR,
NO. 05-15-00294-CR, NO. 05-15-00295-CR, NO. 05-15-00296-CR,
NO. 05-15-00297-CR, NO. 05-15-00298-CR, NO. 05-15-00299-CR,
NO. 05-15-00300-CR, NO. 05-15-00301-CR, NO. 05-15-00302-CR,
NO. 05-15-00303-CR, NO. 05-15-00304-CR, NO. 05-15-00305-CR,
NO. 05-15-00306-CR, NO. 05-15-00307-CR, NO. 05-15-00308-CR,
NO. 05-15-00309-CR, NO. 05-15-00310-CR, TIME. 05-15-00311-CR,
NO. 05-15-00312-CR, NO. 05-15-00313-CR, NO. 05-15-00314-CR,
NO. 05-15-00315-CR, NO. 05-15-00316-CR, NO. 05-15-00317-CR,
NO. 05-15-00318-CR, NO. 05-15-00319-CR, NO. 05-15-00320-CR,
NO. 05-15-00321-CR, NO. 05-15-00322-CR, NO. 05-15-00323-CR,
NO. 05-15-00324-CR, NO. 05-15-00325-CR, NO. 05-15-00326-CR,
NO. 05-15-00327-CR, NO. 05-15-00328-CR, NO. 05-15-00329-CR,
NO. 05-15-00330-CR, NO. 05-15-00331-CR**

FILED
5th COURT OF APPEALS
DALLAS, TEXAS
5/28/2015 12:18:11 PM
LISA MATZ
Clerk

---

**IN THE COURT OF APPEALS
FOR THE FIFTH JUDICIAL DISTRICT
OF TEXAS AT DALLAS**

---

**STATE OF TEXAS,**

*Appellant,*

vs.

**FARHAD NAYEB,**

*Appellee.*

---

**MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEFS**

---

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, Appellant in the above entitled and numbered causes, and files this its Motion for Extension of Time to File Appellant's Briefs in this cause and, in support thereof, would respectfully show the Court as follows:

1. These appeals arise out of the dismissal of fifty-three (53) separate misdemeanor citations based on a trial court finding that the city ordinance upon which the citations were based was unconstitutional.

2. On March 9, 2015, separate notices of appeal were filed in each of the dismissed cases resulting in fifty-three (53) separate appellate case numbers being assigned. On March 23, 2015, the Docketing Statement was filed in Case No. 05-15-00279-CR with the remaining appellate case numbers being described as companion cases.

3. On March 10, 2015, the electronic Clerk's Record was filed and on April 21, 2015, the electronic Supplemental Clerk's Record was filed. The electronic Reporter's Record was also filed on April 21, 2015.

4. On May 20, 2015, the Appellant's Brief was filed in Case No. 05-15-00279-CR but inadvertently failed to reference the appellate case numbers for remaining fifty-two (52) cases.

5.     The revised Appellant's Brief, referencing all fifty-three (53) appellate case numbers, was filed on May 28, 2015.

6.     The issues in all of the appellate cases are identical. No necessity exists to file more than a single brief.

7.     An extension of time until May 29, 2015 is requested for the filing of the revised Appellants' Brief referencing all fifty-three (53) appellate case numbers.

8.     A reasonable explanation of the need for more time for filing the revised Appellants' Brief exists.

9.     This requested extension under the ordinary procedure of this Court should not delay the submission and argument of this case in its prescribed order and no harm will result to Appellee as a result of an extension of time for filing the revised Appellants' Brief. This case has not been set for submission and Appellant is only asking for a short extension of time to resolve a scrivener's error.

WHEREFORE, ON THESE PREMISES, Appellant, the State of Texas, requests that the Court enter an order that the time for filing the revised Appellant's Brief is extended to May 29, 2015.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

/s/ Larry R. Boyd
**LARRY R. BOYD**
State Bar No. 02775000
1700 Redbud Blvd., Suite 300
McKinney, Texas  75069-1210
Telephone: 214/544-4000
Telecopier: 214/544-4040

**SPECIAL PROSECUTOR FOR THE STATE OF TEXAS**

## CERTIFICATE OF CONFERENCE

On May 28, 2015, the undersigned counsel held a conference with Thomas H. Keen, attorney for Appellee, regarding the merits of this Motion.  Mr. Keen is unopposed to the relief sought.

/s/ Larry R. Boyd
**LARRY R. BOYD**

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the Motion for Extension of Time to File Appellant's Brief on the following parties or their counsel via electronic mail or by hand delivery on the 28th day of May, 2015.

Thomas H. Keen
Law Offices of Thomas H. Keen, PLLC
555 Republic Drive, Suite 325
Plano, Texas 75074
tom@keenlawfirm.com

/s/ Larry R. Boyd
Larry R. Boyd